FILED
JAN 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Washington D.C.

**PERFECTO C. VELASCO,**
2F Jojemar Building
344 Maysilo Circle
Mandaluyong City
          Plaintiff,

v.

**UNITED STATES OF AMERICA**
**(U.S. NAVY),**
          Defendant.
x ---------------------------------------------- x

CASE NUMBER   1:06CV00174
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Pro se General Civil
DATE STAMP: 01/31/2006

## COMPLAINT

The undersigned U.S. Navy veteran, assisted by the undersigned respectfully states:

1. He is 50 years old, an indigent/pauper, which is matter of official record in the U.S. Embassy, Manila, Philippines, and presently a resident of Imus, Cavite, Philippines;

2. He was a U.S. Navy serviceman with Service No. 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 from 1973 to 1977;

RECEIVED
JAN 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. He honestly believes that he was falsely charged with larceny of government property and attempt to escape from lawful custody, both violations/offenses allegedly committed on the same date February 17, 1976;

4. He was found responsible and sentenced/adjudged "Bad conduct discharge, confinement at hard labor for four (4) months", which facts are embodied in the official U.S. Navy Document, copy of which is hereto attached as ANNEX "A";

5. In his limited way, he contested the charges against him, pleading his innocence. He was so depressed and disoriented, which could be the reason why he had not been able to file this case sooner;

6. Quite recently, in one of his lucid and sharp moments, he realized that he had been confined and incarcerated for five (5) months and three (3) days, which is one (1) month and three (3) days over and beyond the four (4) months confinement authorized by the judgment against him, and his good behavior was not even credited for one (1) month early release. It must not be missed that he was placed under confinement on February 17, 1976, which is unmistakable from the U.S. Navy document, Annex "A" hereof, and that he

was only released on July 20. 1976, which is confirmed by the U.S. Navy official document made part of this complaint as **ANNEX "B"**;

7. He feels and believes that his incarceration or confinement for more than **five (5) months**, which is more than the confinement authorized, violated his constitutional rights, constitute grave abuse and disregard of his human rights and definitely against the law;

8. It really hurts and depressed him when he was falsely charged. It hurts and depressed him more, when he was found responsible under the false charges, and worse, it tortures him to realize that he had been over incarcerated;

9. The stigma and the pain haunt, torture, and disoriented him to this day. He is asking for **compensatory, punitive and moral damages** in the moderate amount of **Sixty Three Million (US$63,000,000.00) U.S. Dollars**.

10. He agrees to pay the undersigned assisting counsel attorney's fees in the sum equivalent to twenty-five (25%) percent of what may be recovered/granted in this case.

4

PREMISES CONSIDERED, he prays to the Honorable Court that the U.S. government (U.S. Navy) be adjudged responsible and ordered to pay the amount of **SIXTY THREE MILLION U.S. DOLLARS (US$63,000,000.00)**, plus attorney's fees equivalent to twenty-five (25%) percent of what may be awarded/recovered in this case.

Mandaluyong City, Philippines, October 18, 2005.

                              *Perfecto C. Velasco*
                              **PERFECTO C. VELASCO**
                              Complainant/Claimant
                              C/o GATDULA LAW OFFICES
                              2F, Jojemar Bldg., 344 Maysilo Circle
                              Mandaluyong City 1550
                              Philippines


Assisted By:                  **ERNESTO M. GATDULA**
                              Legal Counsel
                              Unit 2F Jojemar Building
                              344 Maysilo Circle, Mandaluyong City 1550
                              Philippines
                              PTR No. 0605756, 1/28/05, Mandaluyong City
                              IBP No. 637591, 1/31/05, Rizal Chapter
                              Roll No. 23034, Page 107, Book 10
                              Tel. No. (635) 535-7255

## VERIFICATION

I, PERFECTO C. VELASCO, of legal age and resident of Imus, Cavite, Philippines, subscribing under oath, hereby depose and state that:

1. I am the Complainant/Claimant in the above-entitled case;

2. I caused the preparation of the Foregoing Complaint/Claim;

3. I have read and understood the contents of the same and all the allegations therein contained are true and correct of my own personal knowledge.

*[signature]*
**PERFECTO C. VELASCO**
Complainant/Claimant

SUBSCRIBED AND SWORN to before me this OCT 18 2005, affiant exhibited to me his Community Tax Certificate No. 09744635 issued at Mandaluyong City on October 17, 2005.

Doc. No. 519
Page No. 105
Book No. I
Series of 2005

JIMMY D. LACEBAL
NOTARY PUBLIC
UNTIL DEC 31 2005
PTR NO ...
DATE ISSUED ...
MANDALUYONG CITY