| 9213900037002 921400010043 | | PL01-7R | | 9213900037002 |
|---|---|---|---|---|
| 76MAY11 | USNAS, CUBI POINT | | | ANNEX "A" |
| 76FEB25 | SPECIAL | 76APR10 | 80, 121 | |
| 76MAY11 | X | | | |
| X | 150.00 | 6 | | |
| 76FEB17 | 76APR10 | 53 | 53 | |
| 77DEC17 | 77DEC17 | | | |

76APR10: **SPECIAL COURT-MARTIAL**

VIOL. OF UCMJ, ART. 80: ATTEMPT TO ESCAPE FROM LAWFUL CUSTODY ON OR ABOUT 76FEB17.
VIOL. OF UCMJ, ART. 121: LARCENY OF GOVERNMENT PROPERTY ($1,405.80) ON OR ABOUT 76FEB17.
SENTENCE ADJUDGED: BAD CONDUCT DISCHARGE, CONFINEMENT AT HARD LABOR FOR 4 MONTHS, FORFEITURE OF $150.00 PER MONTH FOR 6 MONTHS AND REDUCTION TO PAY GRADE E-1.

| | | CONVENING | CO NAS CUBI PT |
|---|---|---|---|

SER 1165, DTD 76MAY10. RECORD OF TRIAL FWD TO COMFAIRWESTPAC, ATSUGI, JAPAN, ON 76MAY11.

CA'S ACTION: THE SENTENCE IS APPROVED. THE RCORRECTIONAL CENTER, USNAVBASE, SUBIC BAY, PHILIPPINES, IS DESIGNATED AS THE PLACE OF CONFINEMENT. THE FORFEITURES SHALL APPLY TO PAY BECOMING DUE ON AND AFTER THE DATE OF THIS ACTION.

*C. J. Villemez Jr.*

C. J. VILLEMEZ, JR., LT, JAGC, USN, BY DIR OF C.O.

| | 62876 | SN | |
|---|---|---|---|
| VELASCO, PERFECTO CARILLO | | 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 | USN |

06 0174

**FILED**

JAN 31 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
 A2120041018                          P601-7R
 922150026017                                                    ANNEX "B"

 76JUL22    NAVSTA RECUNIT SUBIC BAY
 76FEB25    SPECIAL      76APR10       80, 121
 76JUL20    X




 76APR10    76JUL20      100           101
 78MAR28    78MAR28

 76JUL20:   RELEASED FROM CONFINEMENT AND RESTORED TO FULL DUTY
            THIS DATE. REMAINED ONBD AWAITING APPELLATE
            REVIEW ON BCD.



                        ADMINISTRATIVE




                                    V. WILLIAMS, YNCM, USN, BY DIR OF THE CO
                        31993              SN
 VELASCO, PERFECTO CARILLO         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    USN
```