UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERFECTO C. VELASCO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0174 (CKK)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ATTORNEY APPEARANCE**

    The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

    Respectfully submitted,

KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this **28TH** day of February 2006, a true and correct copy of the above *Notice of Appearance* was served by postage pre-paid mail to:

>Perfecto C. Velasco
>c/o Gatdula Law Offices
>2F, Jojemar Bldg.
>344 Maysilo Circle
>Mandaluyong City 1550
>Philippines
>*Plaintiff*

                               KATHLEEN KONOPKA
                               Assistant United States Attorney