UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Perfecto C. Velasco           )
                              )
         Plaintiff,           )
                              )
    v.                        )   CIVIL ACTION NO. 1:06-cv-00174-CKK
                              )
United States                 )
                              )
         Defendant.           )

## DECLARATION

DECLARANT, states as follows, to wit:

THAT, I am PATRICIA A. LEONARD, presently serving as Deputy Assistant Judge Advocate General (Claims, Investigations and Tort Litigation Division), Office of the Judge Advocate General, Department of the Navy, 1322 Patterson Avenue, SE, Suite 3000, Bldg 33, Code 15, Washington Navy Yard, DC 20374-5066.

THAT, in this position, I am responsible for the supervision and monitoring of the practices and procedures relative to all administrative claims presented to the Department of the Navy arising under the Federal Tort Claims Act (28 U.S.C. § 1346(b), 2401(b), and 2671-2680 (2001)), and the supervision and monitoring, on behalf of the Department of the Navy, of all litigation in Federal district courts generated by such claims.

THAT, I am the custodian of the Department of the Navy's Claims and Tort Litigation records.

THAT, acting in the aforementioned capacity, I have caused a search to be made of the records maintained within the Office of the Judge Advocate General of the Navy; Naval Legal Service Office Central, Pensacola, Florida; Tort Claims Unit, Norfolk, Norfolk, Virginia; and, Naval Legal Service Office Southwest, San Diego, California, to determine whether the plaintiff, Perfecto C. Velasco, filed an administrative claim against the Department of the Navy, in any capacity, prior to commencing this action as required by 28 U.S.C. § 2675(a) (2001).

THAT, all reasonable searches have failed to reveal that the plaintiff has filed such an administrative claim and, to the best of my knowledge and belief, the plaintiff, Perfecto C. Velasco, has not filed an administrative claim with or against the Department of the Navy based on the subject matter of the action.

I declare under penalty of perjury that the foregoing is true and correct.

28 March 2006
Date

P. A. LEONARD

2