UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERFECTO C. VELASCO, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>)<br>  Defendant. )<br>_____ ) | Civil Action No. 06-0174 (CKK) |

ORDER

UPON CONSIDERATION of Defendant's Motion To Dismiss and memorandum in support thereof, any opposition thereto, any reply, and the entire record herein, and for the reasons set forth in support of that motion, it is on this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that Plaintiff's Complaint be and hereby is dismissed.

_____
UNITED STATES DISTRICT JUDGE