UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERFECTO C. VELASCO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0174(CKK) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

DEFENDANT'S MOTION TO TREAT MOTION
TO DISMISS AS CONCEDED

Defendant in the above-captioned case respectfully moves this Court to treat its previously filed Motion to Dismiss as conceded and dismiss the instant action. In support of this motion, Defendant relies on the points and authorities contained herein. A proposed Order is attached.

Plaintiff commenced this action on January 31, 2006. (R.1).[1] On March 31, 2006, Defendant filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (R.7). On May 3, 2006, this Court advised Plaintiff to respond to Defendant's motion by June 15, 2006, or the Court may deem the matter conceded. (R.8). To date, Plaintiff has failed to respond to Defendant's motion.

A party who fails to file a timely opposition to a motion to dismiss "is deemed to have waived his opposition to the [motion]." See Weil v. Seltzer, 873 F.2d 1453, 1459 (D.C. Cir.

---

[1] An "R." followed by a number describes a document by reference to its placement in the Court's docket.

1989) (discussing motion in limine); Fed. Deposit Ins. Corp. v. Bender, 127 F.3d 58, 67-68 (D.C. Cir. 1997) (upholding district court's decision to disregard late-filed opposition to motion for summary judgment). Thus, the Court may treat the motion as conceded. See Bender, 127 F.3d at 67-68. "Where the district court relies on the absence of a response as a basis for treating the motion as conceded, [the Circuit] honor[s] its enforcement of the rule." Twelve John Does v. District of Columbia, 117 F.3d 571, 577 (D.C. Cir. 1997). See Weil, 873 F.2d at 1459 (party cannot complain on appeal if it has failed to timely file an opposition).

　　　　Defendant filed its Motion to Dismiss nearly four months ago; however, Plaintiff has failed to respond despite the Court's generous deadline of June 15, 2006. In light of these circumstances and the legal support stated above, Defendant submits that dismissal of Plaintiff's action is appropriate at this time.

WHEREFORE, Defendant respectfully requests that the Court deem Defendant's Motion to Dismiss conceded and dismiss the instant action against it.

                      Respectfully submitted,

_____
KENNETH L. WAINSTEIN,
DC Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS,
DC Bar #434122
Assistant United States Attorney

_____
KATHLEEN KONOPKA,
DC Bar #495257
Assistant United States Attorney
555 4th Street, NW, Room E4412
Washington, DC 20530
202/616-5309

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that service of the foregoing Motion To Treat Motion to Dismiss as Conceded and Proposed Order has been made by mailing copies thereof to:

PERFECTO C. VELASCO
2F Jojemar Building
344 Maysilo Circle
Mandaluyong City 1550
Phillippines

on this \_\_\_\_ day of July, 2006.

_____
KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.; Room E4412
Washington, D.C.  20530
(202) 616-5309