UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERFECTO C. VELASCO,     )
             )
             )
    Plaintiff,     )
             )
  v.          )   Civil Action No. 06-0174(CKK)
             )
UNITED STATES OF AMERICA,  )
             )
             )
             )
    Defendant.    )
_____)

## ORDER

  UPON CONSIDERATION of Defendant's Motion to Treat Motion to Dismiss as

Conceded, the grounds stated therefor, and the entire record herein, it is on this _____ day of

_____, 2006, hereby

  ORDERED that the said motion should be and hereby is granted; and it is

  FURTHER ORDERED that Plaintiff's complaint be and hereby is dismissed.


           _____
           UNITED STATES DISTRICT JUDGE