UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERFECTO C. VELASCO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Civil Action No. 06-0174 (CKK) |

**DISMISSAL ORDER**

Defendant filed a motion to dismiss on March 31, 2006. Because a ruling on defendant's motion potentially could have disposed of this case, in its April 3, 2006 Order, the Court advised plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. The Order notified plaintiff that, if he failed to respond to defendant's motion by June 15, 2006, the Court would treat the motion as conceded. To date, plaintiff has filed neither an opposition to defendant's motion, nor a request for more time to file an opposition.

Accordingly, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #7] is GRANTED as conceded, and defendant's motion to dismiss for lack of prosecution [Dkt. #9] is DENIED as moot. It is further

ORDERED that this civil action is DISMISSED. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

The Clerk of Court shall mail a copy of this Order to plaintiff at his address of record.

SO ORDERED.

/s/
COLLEEN KOLLAR KOTELLY
United States District Judge

Date: July 25, 2006