UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERFECTO C. VELASCO,

　　Plaintiff,

v.

UNITED STATES OF AMERICA,

　　Defendant.

Civil Action No. 06-0174 (CKK)

LET THIS BE FILED
Judge CKotler-Kelly
4/11/08

## MANIFESTATION

I hereby declare and manifest to your HONORABLE COURT that I am changing my Address.

My Former Address was:

　　UNIT 2F Jojemar Building
　　344 Maysilo Circle, Mandaluyong City 1550
　　　　Philippines

I am now changing my Address.

My new and permanent Address is:

　　　c/o EDGARVIN L. DE LEON
　#2 CIRMONT AVE.
　　JUSTINVILLE SUBDIVISION, PANAPAAN
　BACOOR, CAVITE PHILIPPINES

Respectfully Submitted this 8th DAY of FEBRUARY, 2008

　　　　　　　　　　　　　　　　　Perfecto C. Velasco
　　　　　　　　　　　　　　　　　PERFECTO C. VELASCO