UNITED STATES DISTRICT COURT        Judge CKdlr-Kotelly
FOR THE DISTRICT OF COLUMBIA         4/11/08

PERFECTO C. VELASCO
          Plaintiff                    CIVIL ACTION No.
     V.                                06 - 0174 (CKK)
UNITED STATES of
America

## MOTION TO ADMIT COMMENT

I hereby motion to the HONORABLE JUDGE COLLEEN KOLLAR-KOTELLY to Admit the Attached "COMMENT/OPPOSITION to the MOTION to DISMISS".
I am subjecting this motion to the MERCY of the COURT for Admittance due to the following reasons:

1.) The Philippine Lawyer who assisted me, Atty. ERNESTO GATDULA, never gave me the LOGIN/PASSWORD of the ELECTRONIC MESSAGES to your HONORABLE COURT, (IF you indeed sent me one).

2.) Atty GATDULA always relied on the laws and U.S. RULES of COURT and PROCEDURE that I researched and even told me to write a comment/opposition myself; Thus I was on my OWN.

3.) My "MOTION FOR an EXTENSION OF TIME" addressed to your COURT on APRIL 2006 and a letter to ATTY. KONOPKA was lost and CONFIRMED By the PHILIPPINE POSTAL Services. (Please See "ANNEX A")

4.) WHILE Awaiting for your Decision to my "MOTION for an EXTENSION of TIME" dated 21 APRIL 2006, I visited Atty. ERNESTO GATDULA a couple of times Inquiring about the "STATUS" of my claim, since I remember, the claim was in a "CARED OF" address to his Law office. His response is always a FLAT "YOUR CLAIM IS ALREADY DISMISSED due to the LAW ON PRESCRIPTION".

5.) I VEHEMENTLY DISAGREED with his response and told him that the U.S. Laws I researched excluded my case to the LAW or RULES on LACHES on filing a claim, but he seems to be no Longer interested in pursuing (that is ASSISTING) this endeavour. He even suggested that I DO IT MYSELF.

6.) I then seek some assistance and FINALLY, ended-up with our PHILIPPINE SENATE, and an HONORABLE SENATOR, SEN. MANUEL M. LAPID extended one through a LETTER Addressed to your Honorable Court. ( SEE ANNEX A1 )

7.) BUT EVEN before I could send the Letter of the beloved PHILIPPINE Senator, SEN. MANUEL LAPID, together with my "OPPOSITION to the MOTION to DISMISS," a FEAR of having LOST another MAIL; as CONFIRMED by the PHILIPPINE POSTAL OFFICE Later this year upon my Personal Inquiry, is now being experienced, even up to the present. As a matter of fact, in my RESPONSE to the "REMANDED" Claim for Pension to APC BOARD of VETERANS APPEALS, Wash. D.C. 20420, I fear that the Mail was lost again as I have not received the return card again. ( PLS SEE ANNEX A2)

8.) I am without a Lawyer REPRESENTING or EVEN "ASSISTING" me now, but with TRUTH and FAITH in the AMERICAN JUSTICE SYSTEM I AM CONFIDENT you WOULD LISTEN to my PLEA.

I am respectfully appealing to your HONORABLE COURTS and JUDGE, to please grant me my Request.

28 NOVEMBER 2007                    RESPECTFULLY
                                    SUBMITTED,

                                    PERFECTO C. VELASCO