UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERFECTO C. VELASCO,                )<br>                                                            )<br>           Plaintiff,                            )<br>                                                            )<br>v.                                                       )<br>                                                            )<br>UNITED STATES OF AMERICA,  )<br>                                                            )<br>           Defendant.                        ) | Civil Action No. 06-0174 (CKK) |

**ORDER**

It is hereby

ORDERED that plaintiff's "Motion to Admit Comment," which the Court construed as a motion to vacate the July 25, 2006 Dismissal Order, to reopen the case, and for leave to file an opposition to defendant's motion to dismiss [Dkt. #12], is GRANTED AS CONCEDED. It is further

ORDERED that the January 25, 2006 Dismissal Order [Dkt. #10] is VACATED and that this civil action shall be REOPENED. It is further

ORDERED that defendant shall file its reply to plaintiff's opposition to its motion to dismiss [#8], if any, not later than <u>August 22, 2008</u>. It is further

ORDERED that the Clerk of Court shall mail a hard copy of this Order to plaintiff at his address of record.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: 7/18/08